DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**DAVID LOPEZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-497

[June 14, 2018]

Appeal of order denying rule 3.800 (a) motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Scherer, Judge; L.T. Case No. 10-5994CF10A.

David Lopez, Monticello, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

WARNER, DAMOORGIAN and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***